NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN W. GINGERY,**

*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**

*Respondent.*

---

2010-3123

---

Appeal from the Merit Systems Protection Board in No. CH3330080673-I-2.

---

**JUDGMENT**

---

RICHARD S.J. HUNG, Morrison & Foerster, LLP, of San Francisco, California, argued for petitioner. On the brief was HENRY C. SU, Howrey LLP, of East Palo Alto, California. Of counsel was CHRISTOPHER F. JEU.

DAWN E. GOODMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 12, 2011            /s/ Jan Horbaly
    Date                    Jan Horbaly
                      Clerk